In the Matter of the Construction of the Will of CARRIE B. TALMAGE, Deceased. JOHN H. BELLINGER, Respondent; FRANCIS PRESTON, Individually and as Executor of CARRIE B. TALMAGE, Deceased, Appellant.— Decree affirmed, with costs to the respondent payable out of the estate. All concur. (Appeal from a decree construing a will.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1067.]

∎

INLAND SUPPLY, INC., Appellant, v. FRED E. GARDNER, Respondent.— Judgment and order of Onondaga County Court affirmed, with costs. (See *Munn v. Boasberg*, 292 N. Y. 5.) All concur. (Appeal from a judgment and order of Onondaga County Court modifying a judgment of Syracuse Municipal Court, in an action to recover on a check on which payment was stopped. The order was the order of modification.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROLAND A. TANSEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying an application for a writ of habeas corpus and an order dismissing the writ of habeas corpus and remanding relator to the custody of defendant.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

∎

FRANK O. CASACELI, an Infant, by FRANK J. CASACELI, His Guardian ad Litem, Appellant, v. MARGUERITE SWART, as Administratrix of the Estate of LLOYD H. SWART, Deceased, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1069.]

∎

FRANK J. CASACELI, Appellant, v. MARGUERITE SWART, as Administratrix of the Estate of LLOYD H. SWART, Deceased, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1069.]

∎

JOSEPH H. BABCOCK, Appellant, v. FRANKLIN H. SMITH, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.